UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MASSAPEQUA UNION FREE SCHOOL DISTRICT, MASSAPEQUA UNION FREE SCHOOL DISTRICT BOARD OF EDUCATION, JEANINE CARAMORE, in her capacity as a Board of Education Member and a Resident/Parent of the School Community.

                Plaintiffs,

    -against-

NEW YORK STATE BOARD OF REGENTS, LESTER W. YOUNG, JR, in his official capacity as Chancellor of the New York State Board of Regents, JOSEPHINE VICTORIA FINN, in her official capacity as Vice Chancellor of the New York State Board of Regents, ROGER TILLES, in his official capacity as a member of the New York State Board of Regents, CHRISTINE D. CEA, in her official capacity as a member of the New York State Board of Regents, WADE S. NORWOOD, in his official capacity as a member of the New York State Board of Regents, KATHLEEN M. CASHIN, in her official capacity as a member of the New York State Board of Regents, JAMES E. COTTRELL, in his official capacity as a member of the New York State Board of Regents, JUDITH CHIN, in her official capacity as a member of the New York State Board of Regents, CATHERINE COLLINS, in her official capacity as a member of the New York State Board of Regents, ELIZABETH S. HAKANSON, in her official capacity as a member of the New York State Board of Regents, LUIS O. REYES, in his official capacity as a member of the New York State Board of Regents, SUSAN W. MITTLER, in her official capacity as a member of the New York State Board of Regents, FRANCES G. WILLS, in her official capacity as a member of the New York State Board of Regents, ARAMINA VEGA FERRER, in her official capacity as a member of the New York State Board of Regents, SHINO TANIKAWA, in her official capacity as a member of the New York State Board of Regents, ROGER P. CATANIA, in his official capacity as a member of the New York State Board of Regents, ADRIAN I. HALE, in his official capacity as a member of the New York State Board of Regents.

                Defendants.

**NOTICE OF MOTION**

23-cv-07052
(SJB) (LGD)

**PLEASE TAKE NOTICE** that, upon the attached Declaration of Chelsea Weisbord, together with the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to File a Second Amended Complaint, and attached exhibits, and all prior pleadings and proceedings in this action, Plaintiffs Massapequa Union Free School District, Massapequa Union Free School District Board of Education, and Jeanine Caramore will move this Court before the Honorable Sanket J. Bulsara at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY 11722, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. Rules 15(a) and 16(b)(4) granting Plaintiffs' Motion for Leave to File a Second Amended Complaint, together with such other and further relief as this Court deems just, equitable and proper.

Dated: Carle Place, New York
May 19, 2025

        SOKOLOFF STERN LLP
        *Attorneys for Plaintiffs*

By: *Chelsea Weisbord*
     STEVEN C. STERN
     CHELSEA WEISBORD
     179 Westbury Avenue
     Carle Place, NY 11514
     (516) 334-4500
     File No. 230195

     HOLTZMAN VOGEL BARAN
     TORCHINSKY & JOSEFIAK PLLC

By: *Oliver Roberts*
     OLIVER ROBERTS
     2300N Street, NW, Suite 643
     Washington DC 20037

TO:
    LETITIA JAMES
    Attorney General of the State of New York
    *Attorneys for Defendants*
    200 Old Country Road, Suite 240
    Mineola, NY 11501
    (516) 248-3253