**LOCAL CIVIL RULE 7.1 (c) CERTIFICATION**

  I, Chelsea Weisbord, hereby certify that the memorandum of law in Support of Plaintiffs' Motion for Leave to File a Second Amended Complaint complies with the word count limitation set forth in Local Civil Rule 7.1(c) of the United States District Court for the Eastern District of New York. I certify that this memorandum contains 4,659 words, exclusive of the caption, table of contents, table of authorities, and signature block, as counted by the word processing system used to prepare the document Microsoft Word.

Dated: Carle Place, New York
   May 20, 2025

                         _____
                             Chelsea Weisbord