

July 9, 2025

**Via ECF**
The Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** *Massapequa Union Free Sch. Dist., et al. v. NYS Bd. of Regents, et al.*,
**No. 2:23-cv-7052**

Dear Judge Bulsara:

This Office represents Defendants in the above-referenced matter. I write regarding the arguments made by Defendants in their memorandum of law, Docket Entry ("DE") 72, in opposition to Plaintiffs' motion for leave to amend their complaint.

In light of the Mandate from the Second Circuit granting Plaintiffs' motion to withdraw their appeal (DE 77), Defendants respectfully withdraw the argument made in Point I of their memorandum of law (DE 72 at 4-5) regarding the Court's jurisdiction over Plaintiffs' motion.

Thank you for your attention to this matter.

Respectfully submitted,

s/ *Helena Lynch*
Helena Lynch
Assistant Attorney General
(516) 248-3312 | Helena.Lynch@ag.ny.gov