UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────

MASSAPEQUA UNION FREE SCHOOL DISTRICT, MASSAPEQUA UNION FREE SCHOOL DISTRICT BOARD OF EDUCATION, JEANINE CARAMORE, in her capacity as a Board of Education Member and a Resident/Parent of the School Community.

                         Plaintiffs,

        -against-

NEW YORK STATE BOARD OF REGENTS, LESTER W. YOUNG, JR, in his official capacity as Chancellor of the New York State Board of Regents, JOSEPHINE VICTORIA FINN, in her official capacity as Vice Chancellor of the New York State Board of Regents, ROGER TILLES, in his official capacity as a member of the New York State Board of Regents, CHRISTINE D. CEA, in her official capacity as a member of the New York State Board of Regents, WADE S. NORWOOD, in his official capacity as a member of the New York State Board of Regents, KATHLEEN M. CASHIN, in her official capacity as a member of the New York State Board of Regents, JAMES E. COTRELL, in his official capacity as a member of the New York State Board of Regents, JUDITH CHIN, in her official capacity as a member of the New York State Board of Regents, CATHERINE COLLINS, in her official capacity as a member of the New York State Board of Regents, ELIZABETH S. HAKANSON, in her official capacity as a member of the New York State Board of Regents, LUIS O. REYES, in his official capacity as a member of the New York State Board of Regents, SUSAN W. MITTLER, in her official capacity as a member of the New York State Board of Regents, FRANCES G. WILLS, in her official capacity as a member of the New York State Board of Regents, ARAMINA VEGA FERRER, in her official capacity as a member of the New York State Board of Regents, SHINO TANIKAWA, in her official capacity as a member of the New York State Board of Regents, ROGER P. CATANIA, in his official capacity as a member of the New York State Board of Regents, ADRIAN I. HALE, in his official capacity as a member of the New York State Board of Regents.

                        Defendants.

**SUBSTITUTION OF COUNSEL**

Docket No. 23-cv-07052
        (SJB)(LGD)

IT IS HEREBY CONSENTED that RIGANO, LLC, 538 Broad Hollow Rd., Suite 301, Melville, NY 11747, be substituted in the above-captioned action for SOKOLOFF STERN LLP, as attorneys of record for Plaintiffs.

Dated: Carle Place, New York
       July 18, 2025

SOKOLOFF STERN LLP
*Outgoing Attorneys for Plaintiffs*

By: /s/ Steven C. Stern
Steven C. Stern
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500
File No. 230195

RIGANO, LLC
*Incoming Attorneys for Plaintiffs*

By: /s/ Nicholas C. Rigano
Nicholas C. Rigano, Esq.
538 Broad Hollow Rd., Ste. 301
Melville, NY 11747
(631) 756-5900

MASSAPEQUA UNION FREE SCHOOL DISTRICT

By: /s/ Kerry Wachter
Kerry Wachter
School Board President