**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

MASSAPEQUA UNION FREE SCHOOL DISTRICT, et al.

                    Plaintiffs,

                    -against-

NEW YORK STATE BOARD OF REGENTS, et al.

                    Defendants.

------------------------------------------------------------------X

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF JEANINE CARAMORE IN HER INDIVIDUAL CAPACITY**

**Index No.**: 23-CV-7052-SJB-LGD

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Jeanine Caramore hereby dismisses without prejudice all of her claims brought in her individual capacity, which are the sole remaining claims in this litigation and, therefore, the above-captioned action against Defendants is dismissed without prejudice, with each party to bear its, his, her or their own fees and costs incurred herein. This dismissal shall not impact any claims pending in any other litigation pending under a different index number before this Court or otherwise.

Dated: Melville, New York
December 12, 2025

Respectfully submitted,

**RIGANO LLC**

By: */s/ Nicholas C. Rigano*
    Nicholas C. Rigano, Esq.
    534 Broad Hollow Road, Suite 100
    Melville, New York 11747
    Telephone No. (631) 756-5900
    nrigano@riganollc.com

**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**

By: _____
    Oliver Roberts
    *Admitted pro hac vice*
    2300 N Street, NW, Suite 643
    Washington, DC 20037

*Attorneys for Plaintiffs*