UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSAPEQUA UNION FREE SCHOOL DISTRICT, MASSAPEQUA UNION FREE SCHOOL DISTRICT BOARD OF EDUCATION, JEANINE CARAMORE, in her capacity as a Board of Education Member and a Resident/Parent of the School Community.<br><br>   Plaintiffs,<br><br>  v.<br><br>NEW YORK STATE BOARD OF REGENTS, LESTER W. YOUNG, JR., in his official capacity as Chancellor of the New York State Board of Regents, JOSEPHINE VICTORIA FINN, in her official capacity as Vice Chancellor of the New York State Board of Regents, ROGER TILLES, in his official capacity as a member of the New York State Board of Regents, CHRISTINE D. CEA, in her official capacity as a member of the New York State Board of Regents, WADE S. NORWOOD, in his official capacity as a member of the New York State Board of Regents, KATHLEEN M. CASHIN, in her official capacity as a member of the New York State Board of Regents, JAMES E. COTTRELL, in his official capacity as a member of the New York State Board of Regents, JUDITH CHIN, in her official capacity as a member of the New York State Board of Regents, CATHERINE COLLINS, in her official capacity as a member of the New York State Board of Regents, ELIZABETH S. HAKANSON, in her official capacity as a member of the New York State Board of Regents, LUIS O. REYES, in his official capacity as a member of the New York State Board of Regents, SUSAN W. MITTLER, in her official capacity as a member of the New York State Board of Regents, FRANCES G. WILLS, in her official capacity as a member of the New York State Board of Regents, ARAMINA VEGA FERRER, in her official capacity as a member of the New York State Board of Regents, SHINO TANIKAWA, in her official capacity as a member of the New York State Board of Regents, ROGER P. CATANIA, in his official capacity as a member of the New York State Board of Regents, ADRIAN I. HALE, in his official capacity as a member of the New York State Board of Regents<br><br>   Defendants. | Civil Action No.:<br>2:23-cv-7052-SJB-LGD<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. App. P. 4, the Massapequa Union Free School District and Massapequa Union Free School District Board of Education (together, "Appellants"), by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Memorandum and Order of the United States District Court for the Eastern District of New York (the "District Court") entered on November 14, 2025 [Dkt. No. 82] denying Appellants' motion to amend their complaint and dismissing their claims.

Dated: Melville, New York
December 12, 2025

        **RIGANO LLC**

By:   */s/ Nicholas C. Rigano*
      Nicholas C. Rigano, Esq.
      534 Broad Hollow Road, Suite 100
      Melville, New York 11747
      (631) 756-5900
      nrigano@riganollc.com

**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**

By: _____
    Oliver Roberts
    *Admitted pro hac vice
    2300 N Street, NW, Suite 643
    Washington, DC 20037

*Attorneys for Massapequa Union Free School District and Massapequa Union Free School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York, using the electronic case filing system. The electronic case filing system will send a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept service by electronic means.

        **RIGANO LLC**

By:    */s/ Nicholas C. Rigano*
        Nicholas C. Rigano, Esq.
        Rigano LLC
        538 Broad Hollow Road, Suite 301
        Melville, New York 11747
        (631) 756-5900
        nrigano@riganollc.com