**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JEANNINE CARAMORE, in her capacity as
A Resident/Parent of the School Community

                      Plaintiff,

      - against -

LESTER W. YOUNG, JR., in his official
Capacity as Chancellor of the New York State
Board of Regents; ROGER TILLES, in his
Official capacity as a member of the New
York State Board of Regents; CHRISTINE D.
CEA, in her official capacity as a member of
the New York Board of Regents; WADE S.
NORWOOD, in his official capacity as a
Member of the New York State Board of
Regents; KATHLEEN M. CASHIN, in her
official capacity as a Member of the New York
State Board of Regents; JAMES E. COTRELL,
in his official capacity as a Member of the New
York State Board of Regents; JUDITH CHIN,
in her official capacity as a Member of the New
York State Board of Regents; CATHERINE
COLLINS, in her official capacity as a Member
of the New York State Board of Regents;
ELIZABETH S. HAKANSON, in her official
capacity as a Member of the New York State
Board of Regents; LUIS O. REYES, in his
official capacity as a Member of the New York
State Board of Regents; SUSAN W. MITTLER,
in her official capacity as a Member of the New
York State Board of Regents; FRANCES G.
WILLS, in her official capacity as a Member of
the New York State Board of Regents;
ARAMINA VEGA FERRER, in her official
capacity as a Member of the New York State
Board of Regents; SHINO TANIKAWA, in her
official capacity as a Member of the New York
State Board of Regents; ROGER P. CATANIA,
in his official capacity as a Member of the New
York State Board of Regents; ADRIAN I.
HALE, in his official capacity as a Member of
the New York State Board of Regents;
JOSEPHINE VICTORIA FINN, in her official
capacity as Vice Chancellor of the New York
State Board of Regents

                    Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 23-7052(SJB)(LGD)

An Order of Honorable Sanket J. Bulsara, United States District Judge, having been filed on January 13, 2026, dismissing all claims either by Court or by the Plaintiffs by resolution; and directing the Clerk of Court to enter judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff Jeanine Caramore take nothing of Defendants; that the claims are dismissed as to all parties with resolution; and that this case is closed.

Dated: January 15, 2026
       Central Islip, New York

                                              BRENNA B. MAHONEY
                                              CLERK OF COURT

                              BY:   /S/ JAZMIN M. CUBANO
                                              DEPUTY CLERK