UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSAPEQUA UNION FREE SCHOOL DISTRICT, MASSAPEQUA UNION FREE SCHOOL DISTRICT BOARD OF EDUCATION, JEANINE CARAMORE, in her capacity as a Board of Education Member and a Resident/Parent of the School Community.<br><br>       Plaintiffs,<br> -against-<br><br>NEW YORK STATE BOARD OF REGENTS, et al.,<br><br>       Defendants. | Docket No. 23-cv-07052 (SJB)(LGD) |

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law in Support of Massapequa Union Free School District and Massapequa Union Free School District Board of Education's ("Plaintiffs") limited motion to alter or amend the Judgment and Exhibits "A" through "D" thereto, and upon all prior pleadings and proceedings herein, Plaintiffs respectfully move this Court for an order, pursuant to Rules 59(e) and/or 60(b) of the Federal Rules of Civil Procedure or, in the alternative, for an indicative ruling pursuant to Rule 62.1 of the Federal Rules, to amend the Judgment allowing Plaintiff to plead its claim under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, and granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Eastern District of New York Local Rule 6.1(b), any papers in opposition to this motion are to be served on or before February 9, 2026.

Dated: January 26, 2026
      Melville, New York

                                  Respectfully Submitted,

**RIGANO LLC**

By: */s/ Nicholas C. Rigano*
     Nicholas C. Rigano, Esq.
     Joshua Liebman, Esq. (Of Counsel)
     Peter J. Clines, Esq. (Of Counsel)
     534 Broad Hollow Road, Suite 100
     Melville, New York 11747
     (631) 756-5900
     nrigano@riganollc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, the instant Notice of Motion, Memorandum of Law and the Exhibits "A" through "D" annexed thereto were filed on ECF, which caused electronic service to be made on all counsel of record to the parties.

Dated: Melville, New York
January 26, 2026

By: <u>/s/ Nicholas C. Rigano</u>
Nicholas C. Rigano, Esq.