# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand twenty-six.

---

Massapequa Union Free School District, Massapequa Union Free School District Board of Education,

      Plaintiffs - Appellants,

Jeanine Caramore, in her capacity as a Resident/Parent of the School Community,

      Plaintiff,

  v.

New York State Board of Regents, Lester W. Young, Jr., in his official capacity as Chancellor of the New York State Board of Regents, Roger Tilles, in his official capacity as a member of the New York State Board of Regents, Christine D. Cea, in her official capacity as a member of the New York State Board of Regents, Wade S. Norwood, in his official capacity as a member of the New York State Board of Regents, Judith Chin, in her official capacity as Vice Chancellor of the New York State Board of Regents, Susan W. Mittler, in her official capacity as a member of the New York State Board of Regents, Frances G. Wills, in her official capacity as a member of the New York State Board of Regents, Aramina Vega Ferrer, in her official capacity as a member of the New York State Board of Regents, Shino Tanikawa, in her official capacity as a member of the New York State Board of Regents, Roger P. Catania, in his official capacity as a member of the New York State Board of Regents, Adrian I. Hale, in his official capacity as a member of the New York State Board of Regents, Hasoni L. Pratts, in her official capacity as a member of the New York State Board of Regents, Patrick A. Mannion, in his official capacity as a member of the New York State Board of Regents, Seema Rivera, in her official capacity as a member

**ORDER**

Docket No. 25-3151

of the New York State Board of Regents, Brian Krist, in his official capacity as a member of the New York State Board of Regents, Keith B. Wiley, in his official capacity as a member of the New York State Board of Regents, Felicia Thomas-Williams, in her official capacity as a member of the New York State Board of Regents

Defendants - Appellees.

_____

    A notice of appeal was filed in this case on December 12, 2025. Since at least one motion cited in Federal Rule of Appellate Procedure 4 has been filed in the district court this appeal is stayed pending resolution of the motion(s).

    Appellant is directed to inform this Court in writing of the status of the motion(s) at 30-day intervals beginning 30 days from the date of this notice, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

    It is further ordered that the caption shall be amended to conform with the caption listed above.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/28/2026