UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSAPEQUA UNION FREE SCHOOL DISTRICT, MASSAPEQUA UNION FREE SCHOOL DISTRICT BOARD OF EDUCATION, JEANINE CARAMORE, in her capacity as a Board of Education Member and a Resident/Parent of the School Community,[1] <br><br> *Plaintiffs-Petitioners*, <br><br> -against- <br><br> NEW YORK STATE BOARD OF REGENTS, LESTER W. YOUNG, JR, in his official capacity as Chancellor of the New York State Board of Regents, JUDITH CHIN, in her official capacity as Vice Chancellor of the New York State Board of Regents, ROGER TILLES, in his official capacity as a member of the New York State Board of Regents, CHRISTINE D. CEA, in her official capacity as a member of the New York State Board of Regents, WADE S. NORWOOD, in his official capacity as a member of the New York State Board of Regents, SUSAN W. MITTLER, in her official capacity as a member of the New York State Board of Regents, FRANCES G. WILLS, in her official capacity as a member of the New York State Board of Regents, ARAMINA VEGA FERRER, in her official capacity as a member of the New York State Board of Regents, SHINO TANIKAWA, in her official capacity as a member of the New York State Board of Regents, ROGER P. CATANIA, in his official capacity as a member of the New York State Board of Regents, ADRIAN I. HALE, in his official capacity as a member of the New York State Board of Regents, HASONI L. PRATTS, in her official capacity as a member of the New York State Board of Regents, PATRICK A. MANNION, in his official capacity as a member of the New York State Board of Regents, SEEMA RIVERA, in her official capacity as a member of the New York State Board of Regents, BRIAN KRIST, in his official capacity as a member of the New York State Board of Regents, KEITH B. WILEY, in his official capacity as a member of the New York State Board of Regents, and FELICIA THOMAS-WILLIAMS, in her official capacity as a member of the New York State Board of Regents,[2] <br><br> *Defendants*. | 2:23-cv-07052 <br> (SJB/LGD) <br><br><br> **DECLARATION OF HELENA LYNCH** |

---

[1] On December 12, 2025, Jeanine Caramore voluntarily withdrew her claims asserted as a resident/parent of the school community. *See* Notice of Dismissal, DE 86.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the names of the Regents, all sued in their official capacity only, who are no longer serving have been removed and replaced with the current Regents. *See* https://www.regents.nysed.gov/members.

HELENA LYNCH, an attorney duly admitted to practice before this Court, declares, under penalty of perjury:

1. I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York.

2. I am familiar with the facts and circumstances of this matter.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of a letter dated September 13, 2024, from the United States Department of Education Office for Civil Rights ("OCR") to the superintendent of schools of a New York public school district, with an annexed proposed Voluntary Resolution Agreement. In the aforementioned letter, OCR notifies the school district of OCR's determination that the district's use of a Native American-themed name, logo, and mascot for its sports teams has resulted in violations of Title VI. In the aforementioned letter, OCR endorses Part 123 by citing to it in support of its determination.

4. The names of the school district and the district's superintendent, as well as other identifying information, are redacted from Exhibit 1. The redacted information is not relevant to this matter.

WHEREFORE, I respectfully request that the Court deny Plaintiffs' motion in its entirety.

Dated: Mineola, New York
February 9, 2026

By: /s/ *Helena Lynch*
Helena Lynch
Assistant Attorney General
(516) 248-3312 | Helena.Lynch@ag.ny.gov